**Anthony D. WILLIAMSON, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 01–8111.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2002.

Decided March 15, 2002.

Anthony D. Williamson, Appellant Pro Se.

Before LUTTIG, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Anthony D. Williamson seeks to appeal the district court's order denying without prejudice his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Williamson v. United States,* Nos. CR–94–37; CA–01–921–7 (W.D.Va. Nov. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*